IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **SHARON LANG WILLIAMS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 19-00290-JB-B |
| | * |
| **ANDREW M. SAUL,** | * |
| **Commissioner of Social** | * |
| **Security,** | * |
| | * |
| Defendant. | * |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated May 12, 2020 (Doc. 24), is **ADOPTED** as the opinion of this Court.

**DONE** this 1st day of June, 2020.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE