IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHARON LANG WILLIAMS, | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 19-00290-JB-B |
| | * |
| KILOLO KIJAKAZI, | * |
| Acting Commissioner of | * |
| Social Security, | * |
| | * |
|     Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated August 15, 2023 (Doc. 29), is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 6th day of September, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE