```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

| | |
|---|---|
| **SHARON LANG WILLIAMS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 19-00290-JB-B |
| | * |
| **KILOLO KIJAKAZI,** | * |
| Acting Commissioner of | * |
| Social Security, | * |
| | * |
| Defendant. | * |

## JUDGMENT

In accordance with the order entered on August 15, 2023, it is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Motion for Attorney Fees is hereby **GRANTED,** that Plaintiff's attorney is hereby permitted to retain the Equal Access to Justice Act ("EAJA") attorney fee award of $3,551.45, and that the $1,221.25 attorney fee under 42 U.S.C. § 406(b) be paid to Plaintiff Williams.

**DONE and ORDERED** this 6th day of September, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE